IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20676
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RUMALDO SOLIS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CR-272-14
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Rumaldo Solis ("Solis"), federal prisoner # 66932-079,
appeals the district court's dismissal of his Federal Rule of
Criminal Procedure 6(e) motion for disclosure of grand jury
transcripts.

    This court reviews the district court's denial of a Rule
6(e) motion for an abuse of discretion. See United States v.
Miramontez, 995 F.2d 56, 59 (5th Cir. 1993). Solis has failed to
show that the district court abused its discretion in denying his

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Rule 6(e) motion.  <u>Douglas Oil Co. v. Petrol Stops Northwest</u>, 441 U.S. 211 (1979); <u>see</u> <u>also</u> <u>Miramontez</u>, 995 F.2d at 59.

The district court's denial of Solis' motion is AFFIRMED.